**UNITED STATES of America, Appellee,**

v.

**Armendariz ALEXANDER, Appellant.**

**No. 07–3393.**

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 18, 2009.

Filed: Feb. 27, 2009.

Thomas Joseph Mehan, U.S. Attorney's Office, St. Louis, MO, for Appellee.

Lucille Gardner Liggett, Assistant, Federal Public Defender's Office, St. Louis, MO, for Appellant.

Armendariz Alexander, Terre Haute, IN, pro se.

Before RILEY, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Armendariz Alexander (Alexander) appeals the district court's [1] denial of his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction. Upon reviewing the record and counsel's brief, we conclude the district court did not err in denying Alexander's motion. *See United States v. Peveler,* 359 F.3d 369, 373 (6th Cir.2004) (stating a decision to deny a motion to modify under § 3582 is reviewed for abuse of discretion, but to the extent a defendant's arguments rest on a legal interpretation of various Sentencing Guidelines, the interpretation of those Guidelines is a question of law reviewed de novo); *United States v. Friend,* 303 F.3d 921, 922 (8th Cir.2002) (per curiam) (proclaiming Guidelines Amendment 599 only applies to 18 U.S.C. § 924(c) convictions).

We grant counsel's motion to withdraw, and we affirm.

---

1. The Honorable Stephen N. Limbaugh, Sr., United States District Judge for the Eastern District of Missouri, now retired.